RYAN & CHODACK, INC., Appellant, v. ANNIE JACOFS and HERMAN FISHBEIN,

Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.